IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | 8:06CR312 |
| v. | ) | |
| MARTIMIANO TAMAYO, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court following a status hearing in this case. After conferring with the defendant and counsel for the defendant and for the government, the court concludes that it is in the best interests of the defendant to undergo a psychological or psychiatric examination to determine his competency in this case.

IT IS ORDERED:

1. Defendant is hereby ordered to undergo a psychiatric or psychological evaluation as directed by his counsel.

2. Counsel for the defendant and the government are ordered to confer concerning an appropriate psychiatrist or psychologist to conduct this examination.

3. Within ninety days of the date of this order, counsel shall provide the court with a copy of the psychologic evaluation report.

4. Speedy trial is waived in the interests of justice until such time as the court deems otherwise.

5. The defendant and counsel shall appear on **July 25, 2007, at 1:00 p.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha,

Nebraska, for a hearing in this case.

6. The expenses incurred for this evaluation shall be paid from the Criminal Justice Act funds.

DATED this 13th day of April, 2007.

a

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief U.S. District Judge